



4261  S00000 138390AB08-A-11AB   *A-02-26Y-DM-04261-17

IGNACIO REYES FLORES

May 08, 2023

## Notice of Data Breach

Dear Ignacio Reyes Flores,

Amtel, LLC dba Connectivity Source ("Amtel") is writing to inform you of a recent data security incident that may have resulted in an unauthorized access to your sensitive personal information. You are receiving this letter because you are a current or former employee of Amtel. While we are unaware of any fraudulent misuse of your personal information at this time, we are providing you with details about the incident, steps we are taking in response, and resources available to help you protect against the potential misuse of your information. Please be assured Amtel takes the protection and proper use of your personal information very seriously.

### What Happened?

On April 19, 2023, Amtel was notified of suspicious activity in its network environment. Upon discovery of this incident, Amtel promptly engaged a specialized cybersecurity firm to secure its environment and to determine the nature and scope of the incident. While the investigation is ongoing, Amtel determined the incident involved limited personally identifiable information ("PII") the same day. On April 21, 2023, Amtel identified all individuals whose information was compromised. At this time we have no evidence any of the information has been misused by a third party, but because information related to you was acquired, we are notifying you out of full transparency.

### What Information Was Involved?

Although Amtel has no evidence that any sensitive information has been misused by a third party as a result of this incident, we are notifying you for purposes of full transparency. Based on the investigation, the following personal information may have been subject to unauthorized access: first and last name and Social Security number.

### What We Are Doing?

We take the protection and proper use of personal information very seriously. As part of our ongoing commitment to information privacy and the security of information, we are notifying you of this incident. Although we are not aware of any misuse of your information as a result of this incident, we are offering you complimentary identity monitoring services through Kroll for one year. Kroll is a global leader in risk mitigation and response, and their team has extensive experience helping people who have sustained an unintentional exposure of confidential data. Your identity monitoring services include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration.

Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.
You have until **August 7, 2023** to activate your identity monitoring services.
Membership Number:

For more information about Kroll and your Identity Monitoring services, you can visit info.krollmonitoring.com.
Additional information describing your services is included with this letter.

ELN-

**What You Can Do:**

Please review the enclosed "Additional Resources" section included with this letter. This section describes additional steps you can take to help protect yourself, including recommendations by the Federal Trade Commission regarding identity theft protection and details on how to place a fraud alert or a security freeze on your credit file.

**For More Information:**

If you have questions, please call (866) 347-9572, Monday through Friday from 8:00 a.m. to 5:30 p.m. Central Time, excluding major U.S. holidays. Please have your membership number ready.

Protecting your information is important to us. We trust that the services we are offering to you demonstrate our continued commitment to your security and satisfaction.

Amtel sincerely regrets any concern or inconvenience this matter may cause and remains dedicated to ensuring the privacy and security of all information in our control.

Sincerely,

*RWillis*

Robbie Willis
Chief Technology Officer
Amtel, LLC dba Connectivity Source