United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IGNACIO REYES FLORES, | § | |
| Plaintiff, | § | |
| VS | § | CIVIL ACTION NO. 4:23cv1925 |
| | § | |
| ANTEL, LLC | § | |
| d/b/a CONNECTIVITY SOURCE | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on July 17, 2023 (Doc. No. 8)) this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party will bear their own fees and expenses.

SIGNED at Houston, Texas, this 24th day of July, 2023

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE